UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY A. LECLAIR,

    Plaintiff,

v.                                      Case No. 5:16cv64/MP/CJK

MOSES IZUEGBU,

    Defendant.
_____/

REPORT AND RECOMMENDATION

On March 8, 2016, the undersigned entered an order granting plaintiff leave to proceed *in forma pauperis* but noting his complaint is largely illegible and indecipherable and essentially gibberish (doc. 4).  The undersigned allowed plaintiff thirty days in which to correct the deficiencies through the filing of an amended complaint and directed the clerk of court to send plaintiff a § 1983 civil rights complaint form.  A couple of weeks later, on March 24, plaintiff filed a motion asking for a copy of his complaint as well as an extension of time in which to file an amended complaint (doc. 5).  The undersigned granted plaintiff's motion, directing the clerk to send plaintiff a copy of his original complaint and allowing him thirty

days in which to file an amended complaint, as set forth in the prior order (doc. 6). After more than thirty days passed and plaintiff had not filed an amended complaint, the undersigned entered an order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than fourteen days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 19th day of August, 2016.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**