# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**JEFFREY A LECLAIR,**

    *Plaintiff,*

v.                                   **CASE NO. 5:16-cv-00064-MP-CJK**

**MOSES IZUEGBU,**

    *Defendant.*

_____/

## O R D E R

This matter is before the Court on ECF No. 8, the Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute the case and failure to follow the orders of the Court. The Magistrate Judge filed the Report on August 19, 2016. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly,

    IT IS ORDERED:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 8) is ACCEPTED and incorporated herein.

2. This case is DISMISSED without prejudice.

3. The Clerk is directed to close the file.

**SO ORDERED on September 27, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**